**No. 10-9759. Jeffrey R. Berry, Petitioner v. United States.**

563 U.S. 968, 131 S. Ct. 2170, 179 L. Ed. 2d 950, 2011 U.S. LEXIS 3345.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-9761. Luke Scarmazzo, Petitioner v. United States.**

563 U.S. 968, 131 S. Ct. 2171, 179 L. Ed. 2d 950, 2011 U.S. LEXIS 3212.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 628 F.3d 1183.

**No. 10-9762. Devern Stanley, Petitioner v. United States.**

563 U.S. 968, 131 S. Ct. 2171, 179 L. Ed. 2d 950, 2011 U.S. LEXIS 3293.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 405 Fed. Appx. 662.

**No. 10-9763. Roylan Romero-Coronado, Petitioner v. United States.**

563 U.S. 968, 131 S. Ct. 2171, 179 L. Ed. 2d 950, 2011 U.S. LEXIS 3317.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 406 Fed. Appx. 875.

**No. 10-9764. Ronald Sutton, Petitioner v. United States.**

563 U.S. 968, 131 S. Ct. 2171, 179 L. Ed. 2d 950, 2011 U.S. LEXIS 3322.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 406 Fed. Appx. 955.

**No. 10-9768. Antonio Pena-Velasquez, Petitioner v. United States.**

563 U.S. 968, 131 S. Ct. 2171, 179 L. Ed. 2d 950, 2011 U.S. LEXIS 3340.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-9769. William D. McCarthy, Petitioner v. United States.**

563 U.S. 968, 131 S. Ct. 2172, 179 L. Ed. 2d 950, 2011 U.S. LEXIS 3311.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 10-9771. Damon Brightman, Petitioner v. United States.**

563 U.S. 968, 131 S. Ct. 2172, 179 L. Ed. 2d 950, 2011 U.S. LEXIS 3299.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 10-9772. Calvin Bethley, Petitioner v. United States.**

563 U.S. 968, 131 S. Ct. 2172, 179 L. Ed. 2d 950, 2011 U.S. LEXIS 3300.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 405 Fed. Appx. 908.